IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | 2:06-CR-0074(1) |
| | § | |
| DONALD DEAN ROWELL | § | |

### ORDER OVERRULING OBJECTIONS, ADOPTING REPORT AND RECOMMENDATION and DENYING DEFENDANT'S MOTION TO SUPPRESS

On January 5, 2007, the United States Magistrate Judge entered a Report and Recommendation recommending therein that the motion to suppress filed by defendant DONALD DEAN ROWELL be denied. On January 11, 2007, defendant filed objections to the Report and Recommendation. As of this date, the government has not submitted any objections.

The undersigned United States District Judge has made an independent examination of the record in this case. Petitioner's objections are hereby OVERRULED, and the Magistrate Judge's Report and Recommendation is hereby ADOPTED. Accordingly, the motion to suppress filed by defendant is DENIED.

IT IS SO ORDERED.

ENTERED this __16th__ day of __January__ 2007.

MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE